UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR BRYANT, | ) |
| Plaintiff, | ) Case No. C09-1565-TSZ |
| v. | ) |
|  | ) **ORDER DISMISSING ACTION** |
| JOHN LOVICK, SNOHOMISH COUNTY CORRECTIONS, | ) |
| Defendant. | ) |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby ORDER:

(1)   The Court adopts the unopposed Report and Recommendation;

(2)   Defendant's Motion for Summary Judgment is GRANTED;

(3)   Plaintiff's claim against defendant is DISMISSED; and

(4)   The Clerk of Court is directed to close the case and send copies of this Order to plaintiff and to Magistrate Judge Brain A. Tsuchida.

DATED this 25th day of March, 2010.

Thomas S. Zilly
United States District Judge

ORDER – 1